IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAVIER DELGADO                                                                                    PLAINTIFF

v.                                    Case No. 1:19-cv-1039

WEYERHAEUSER COMPANY                                                                DEFENDANT

## ORDER

Before the Court is Plaintiff Javier Delgado's Motion to Withdraw Requests for Admissions. (ECF No. 10). Defendant Weyerhaeuser Company has not responded and the time to do so has passed. The Court finds the matter ripe for consideration.

On October 3, 2019, Plaintiff served requests for admissions on Defendant. Plaintiff now asks the Court to withdraw those requests for admissions until the parties conduct their Rule 26(f) conference. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Plaintiff's motion (ECF No. 10) is hereby **GRANTED**. Plaintiff's requests for admissions, served on Defendant on October 3, 2019, are hereby withdrawn.

**IT IS SO ORDERED**, this 27th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge